UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RON FOX,

                Plaintiff,                No. 05-CV-73510-DT

vs.                                      Hon. Gerald E. Rosen

BAY CITY, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION REGARDING DEFENDANTS' SECOND
MOTION FOR SUMMARY JUDGMENT

        At a session of said Court, held in the
        U.S. Courthouse, Detroit, Michigan
        on   February 1, 2007

        PRESENT:  Honorable Gerald E. Rosen
                          United States District Judge

This matter having come before the Court on the January 3, 2007 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court grant Defendants Aldrich, Richnak, Peter, Berg, Doud, Morin, Reiling and Roberts' Second Motion for summary judgment, and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, summary judgment should be entered in favor of Defendants Aldrich, Richnak, Peter, Berg, Doud,

Morin, Reiling and Roberts and Plaintiff's claims against these Defendants should, accordingly, be dismissed in their entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of January 3, 2007 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Second Motion for Summary Judgment be, and hereby is, GRANTED. Plaintiff's Complaint against Defendants Aldrich, Richnak, Peter, Berg, Doud, Morin, Reiling and Roberts, accordingly, is DISMISSED.

                                    s/Gerald E. Rosen
                                    Gerald E. Rosen
                                    United States District Judge

Dated: February 1, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 1, 2007, by electronic and/or ordinary mail.

                                    s/LaShawn R. Saulsberry
                                    Case Manager